# In the United States Court of Federal Claims

No. 21-817
Filed: March 9, 2021

|  |  |
|---|---|
| JEROME TODD, | ) |
|       *Pro Se Plaintiff*, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
|       *Defendant*. | ) |

## ORDER OF DISMISSAL

On January 29, 2021, the Court issued an order (ECF No. 6) directing Plaintiff to pay the filing fee by March 1, 2021 and explaining that failure to do so would result in the dismissal of his case for failure to prosecute under Rule 41(b) of the Rules of the United States Court of Federal Claims ("RCFC"). To date, Plaintiff has not paid the filing fee as required by this Court. Accordingly, the above-captioned case is **DISMISSED** without prejudice for failure to prosecute under RCFC 41(b).

**IT IS SO ORDERED.**

 s/ Edward H. Meyers
Edward H. Meyers
Judge